UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
CHRISTIAN SANCHEZ, :
:
Plaintiff, :
: 21-CV-3047 (JMF)
-v- :
: ORDER
:
SYNAPSE GROUP, INC., :
Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 9, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant moved for an extension of its deadline to answer on May 5, 2021. ECF No. 6. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **May 27, 2021**.

      SO ORDERED.

Dated: May 20, 2021
      New York, New York
                                          JESSE M. FURMAN
                                         United States District Judge